**IN THE UNITED STATES FEDERAL COURT**
**OF NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **JESSICA NAYVELT, and** <br> **ERICA NAYVELT** <br> **9745 Tripp Avenue** <br> **Skokie, Illinois 60076-1142** <br>                **Plaintiffs,** <br>   <br>        **vs.** <br>   <br> **FRONTIER AIRLINES** <br> **7001 TOWER ROAD, Denver** <br> **Colorado 80249** <br> **a foreign corporation** <br>               **Defendant,** | Case No. <u>**2014-CV-06952**</u> <br>   <br>   <br>   <br>   <br>   <br>   <br>   <br> **JURY DEMAND ON ALL COUNTS** |

_____

**CIVIL COVER SHEET**
_____

**1**. **Plaintiff**:   **JESSICA NAYVELT**      **Defendants**: **FRONTIER AIRLINES**
                    **ERICA NAYVELT**                           **7001 TOWER ROAD,**
                    **9745 Tripp Avenue**                  **Denver, Colorado 80249**
                    **Skokie, Illinois 60076-1142**

**Plaintiffs Attorney**:     Vladimir M. Gorokhovsky, LL.M.
                                 GOROKHOVSKY LAW OFFICE LLC
                             10919 N. Hedgewood Ln.,
                             Mequon, WI 53092
                             (414)-581-1582
                             gorlawoffice@yahoo.com

**Defendants Attorneys**: Brian T. Maye
                             ADLER MURPHY & McQUILLEN LLP
                             20 S. Clark Street, Suite 2500
                             Chicago, Illinois 60603
                             Main: (312) 345-0700
                             Direct: (312) 422-5713
                             Mobile: (312) 286-5117
                            Facsimile: (312) 345-9860

**2. Basis of Jurisdiction**:  - Federal Question (U.S. not a Party);
- 28 U.S.C. § 1331, 28 U.S.C. § 1332, 28 U.S.C. § 1337;
- Art 33(1) of Montreal Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999.

3. **Citizenship of Parties**:  Plaintiffs are citizens of State of Illinois
Defendants are Citizens of another state

4. **Nature of Suit**: **890 Other Statutory Actions**
That this civil action arises under the Treaty of the United States known as the Convention for the Unification of Certain Rules Relating to International Transportation by Air, concluded at Warsaw, Poland, October 12, 1929 ("Warsaw Convention"), 49 Stat. 3000, T.S. No. 876, 137 L.N.T.S. 11 (1934), reprinted in note following 49 U.S.C. § 1502 (1976) or in alternative under Article 19 of Montreal Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999 (entered into force on Nov. 4, 2003) (Montreal Convention), reprinted in S. Treaty Doc. No. 106-45.

**5. Origin**: Original Proceeding

**6. Cause of Action**: Cause of Action to the Art. 19 of the Warsaw Convention and or Articles 19 and 22(6) of the Montreal Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999

**7. Previous Bankruptcy Matters**: NONE

**8. Requested in Complaints**: **Demand**: $15,014.88         **Jury Demand**: YES

**9. Related Case**: None

**10. This Case**: Is not a refiling of a previously dismissed action

**11 Date**: September 8, 2014

Dated this Civil Cover Sheet at Law on this 8th day of September 2014.

Respectfully submitted by
GOROKHOVSKY LAW OFFICES, L.L.C.
Attorneys for Plaintiffs

BY: *Vladimir M. Gorokhovsky, Esq.*
/S/ VLADIMIR M. GOROKHOVSKY, LL.M.
WIS. SBN: 1036040

**P.O. Business Address:**
Gorokhovsky Law Office, LLC
6045 North Green Bay Avenue, Suite 2A
Glendale, WI 53209
Telephone: (414)-581-1582
gorlawoffice@yahoo.com