IN THE UNITED STATES FEDERAL COURT
OF NORTHERN DISTRICT OF ILLINOIS

JESSICA NAYVELT, *et., al.,*            Case No. **1:14-cv-06952**
         Plaintiffs,

vs.

FRONTIER AIRLINES, *et, al.,*
         Defendants.

_____

NOTICE OF ATTORNEY APPEARANCE
_____

**PLEASE TAKE NOTICE** that the undersigned attorney is privately retained by and will appear as counsel of record for the above-named Plaintiffs, JESSICA NAYVELT and ERICA NAYVELT in the above-captioned civil action. Accordingly we are respectfully requesting that all notices and all pertinent documents in this action be served on us at our law office located at: 10919 North Hedgewood Ln., Mequon, WI 53092.

Dated on this 8th day of September 2014.

                 GOROKHOVSKY LAW OFFICE, LLC
                 Attorney for Plaintiffs

                 BY: *Vladimir M. Gorokhovsky, Esq.*
                    /s/ Vladimir M. Gorokhovsky, LL.M.
                    SBN. 1036040

**P.O. Business Address:**
Gorokhovsky Law Office, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582
gorlawoffice@yahoo.com