**IN THE UNITED STATES FEDERAL COURT**
**OF NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JESSICA NAYVELT and | } | |
| ERICA NAYVELT | } | Case No. **2014-CV-006952** |
| Plaintiffs, | } | |
| | } | |
| vs. | } | |
| | } | |
| FRONTIER AIRLINES | } | |
| a foreign corporation | } | |
| Defendant, | } | |

**REQUEST FOR EARLY SETTLEMENT CONFERENCE**

    NOW COMES the above-named Plaintiffs, JESSICA NAYVELT and ERICA NAYVELT, by their counsel of record, Attorney Vladimir M. Gorkhovsky of Gorokhovsky Law Office LLC, and hereby respectfully requesting scheduling of early settlement conference in the above-captioned matter.

    Dated this 18th day of October 2014.

                                                      **Respectfully submitted by**
                                                      **GOROKHOVSKY LAW OFFICE, LLC**
                                                      **Attorneys for Plaintiffs**

                                                      *Vladimir M. Gorokhovsky, Esq.*
                                                      **BY: /s/ Vladimir M. Gorokhovsky, LL.M.**
                                                          WIS SBN 1036040

**P.O. Business Address:**
**Gorokhovsky Law Office LLC**
**10919 N. Hedgewood Ln.,**
**Mequon, WI 53092**
(414)-581-1582 gorlawoffice@yahoo.com