## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jessica Nayvelt, et al.
                              Plaintiff,

v.                                          Case No.: 1:14–cv–06952
                                            Honorable Ruben Castillo

Frontier Airlines, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 20, 2014:

     MINUTE entry before the Honorable Ruben Castillo:Plaintiffs' request for an early settlement conference [6] is granted. The parties are directed to file a joint status report on or before 11/14/2014. The Court will hold a settlement conference in chambers on 11/20/2014 at 2:00 p.m. Clients with settlement authority are directed to appear or be available by telephone.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.