THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JESSICA NAYVELT, and
ERICA NAYVELT                                  Case No. **2014-CV-06952**
                 Plaintiffs,
       vs.

FRONTIER AIRLINES
                 **Defendant.**
_____

### NOTICE OF MOTION TO AMEND PRIOR ORDER OF THIS COURT REGARDING SCHEDULING OF EARLY SETTLEMENT CONFERENCE
_____

TO: Honorable Ruben Castillo          TO: Brian Maye, Esq.
      Everett McKinley Dirksen Building        ADLER MURPHY & McQUILLEN LLP
      Courtroom 2541                              20 S. Clark Street, Suite 2500
      219 South Dearborn Street               Chicago, Illinois 60603
      Chicago, Illinois 60604

     Please take notice that on ____ day of November 2014 or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable Ruben Castillo the United States District Court for Northern District of Illinois, Room 2541, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Motion to Amend Prior Order of This Court Regarding Scheduling of Early Settlement Conference**.

     Dated this Notice of Motion on this **3rd** day of **November** 2014.

                             Respectfully submitted by:
                             GOROKHOVSKY LAW OFFICE LLC
                             Attorney for Plaintiffs

              BY:  /s/ Vladimir M. Gorokhovsky
                        Vladimir M. Gorokhovsky, LL.M.
                        SBN # 1036040

**P. O. Business Address**:
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JESSICA NAYVELT, and
ERICA NAYVELT                                                    Case No. **2014-CV-06952**
        **Plaintiffs,**

    vs.

FRONTIER AIRLINES
        **Defendant.**

**CERTIFICATE OF SERVICE OF PLAINTIFF'S MOTION TO AMEND PRIOR ORDER OF THIS COURT REGARDING SCHEDULING OF EARLY SETLLEMENT CONFERENCE**

Under penalties as provided by law and pursuant to Local Rule 5.5(b) and 56(1) the undersigned certifies that the within pleadings were served via CM/ECF filling upon counsel for Frontier Airlines, Attorney Brian Maye, ADLER MURPHY & McQUILLEN LLP, 20 S. Clark Street, Suite 2500 Chicago, Illinois 60603 on **November 3rd, 2014**.

Dated this Notice on this **3rd** day of November 2014.

        Respectfully submitted by:

        GOROKHOVSKY LAW OFFICE, LLC
        Attorney for Plaintiffs


        BY: /s/ Vladimir M. Gorokhovsky
            Vladimir M. Gorokhovsky, LL.M.
            SBN: 1036040

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582