THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JESSICA NAYVELT, and
ERICA NAYVELT                                    Case No. <u>2014-CV-06952</u>
        **Plaintiffs,**

   vs.

FRONTIER AIRLINES
        **Defendant.**

___

**NOTICE OF FILING OF PLAINTIFF'S MOTION TO AMEND PRIOR ORDER OF THIS COURT REGARDING SCHEDULING OF EARLY SETLLEMENT CONFERENCE**
___

TO: Honorable Ruben Castillo      TO: Brian Maye, Esq.
    Everett McKinley Dirksen Building      ADLER MURPHY & McQUILLEN LLP
    Courtroom 2541      20 S. Clark Street, Suite 2500
    219 South Dearborn Street      Chicago, Illinois 60603
    Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on this <u>3rd</u> date of <u>November 2014</u> the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion to Amend Prior Order of This Court Regarding Scheduling of Early Settlement Conference.** This Notice is duly served upon you pursuant to LR 56.1.

    Dated at Glendale, Wisconsin, this <u>3rd</u> day of <u>November</u> 2014.

        Respectfully submitted by
        GOROKHOVSKY LAW OFFICE, LLC
        Attorney for Plaintiffs

        BY: <u>/s/ Vladimir M. Gorokhovsky</u>
            Vladimir M. Gorokhovsky, LL.M.
            SBN: 1036040

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582