THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JESSICA NAYVELT, and
ERICA NAYVELT                      Case No. **2014-CV-06952**
           Plaintiffs,
     vs.

FRONTIER AIRLINES
           Defendant.

___

NOTICE OF MOTION TO AMEND PRIOR ORDER OF THIS COURT
REGARDING SCHEDULING OF EARLY SETTLEMENT CONFERENCE
___

TO: Honorable Ruben Castillo       TO: Brian Maye, Esq.
     Everett McKinley Dirksen Building      ADLER MURPHY & McQUILLEN LLP
     Courtroom 2541                          20 S. Clark Street, Suite 2500
     219 South Dearborn Street            Chicago, Illinois 60603
     Chicago, Illinois 60604

Please take notice that on **11**th day of **November** 2014 at 9:45 AM, or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable Ruben Castillo the United States District Court for Northern District of Illinois, Room 2541, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Motion to Amend Prior Order of This Court Regarding Scheduling of Early Settlement Conference**.

Dated this Notice of Motion on this **3**rd day of **November** 2014.

                         Respectfully submitted by:
                         GOROKHOVSKY LAW OFFICE LLC
                         Attorney for Plaintiffs

            BY: /s/ Vladimir M. Gorokhovsky
                 Vladimir M. Gorokhovsky, LL.M.
                 SBN # 1036040

**P. O. Business Address**:
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582