THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JESSICA NAYVELT, and
ERICA NAYVELT                      Case No. **2014-CV-06952**
           **Plaintiffs,**

      vs.

FRONTIER AIRLINES
           **Defendant.**

**CERTIFICATE OF SERVICE OF PLAINTIFF'S MOTION TO AMEND PRIOR ORDER OF THIS COURT REGARDING SCHEDULING OF EARLY SETLLEMENT CONFERENCE**

Under penalties as provided by law and pursuant to Local Rule 5.5(b) and 56(1) the undersigned certifies that the within pleadings were served via CM/ECF filling upon counsel for Frontier Airlines, Attorney Brian Maye, ADLER MURPHY & McQUILLEN LLP, 20 S. Clark Street, Suite 2500 Chicago, Illinois 60603 on **November 3rd, 2014**.

Dated this Notice on this **3rd** day of November 2014.

                         Respectfully submitted by:
                         GOROKHOVSKY LAW OFFICE, LLC
                         Attorney for Plaintiffs


                         BY: /s/ Vladimir M. Gorokhovsky
                             Vladimir M. Gorokhovsky, LL.M.
                             SBN: 1036040

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582