## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**JESSICA NAYVELT, and**
**ERICA NAYVELT**                                 Case No. <u>2014-CV-06952</u>
                    **Plaintiffs,**

          **vs.**

**FRONTIER AIRLINES**
                    **Defendant.**

_____

### NOTICE OF FILING OF PLAINTIFF'S MOTION TO AMEND PRIOR ORDER OF THIS COURT REGARDING SCHEDULING OF EARLY SETLLEMENT CONFERENCE
_____

TO: Honorable Ruben Castillo            TO: Brian Maye, Esq.
      Everett McKinley Dirksen Building            ADLER MURPHY & McQUILLEN LLP
      Courtroom 2541            20 S. Clark Street, Suite 2500
      219 South Dearborn Street            Chicago, Illinois 60603
      Chicago, Illinois 60604

      **PLEASE TAKE NOTICE** that on this <u>3rd</u> date of <u>November 2014</u> the above-

named plaintiff by and through its attorney has filed via ECV system the following legal

document: **Plaintiff's Motion to Amend Prior Order of This Court Regarding**

**Scheduling of Early Settlement Conference.** This Notice is duly served upon you

pursuant to LR 56.1.

      Dated at Glendale, Wisconsin, this <u>3rd</u> day of <u>November</u> 2014.

               Respectfully submitted by
               GOROKHOVSKY LAW OFFICE, LLC
               Attorney for Plaintiffs

               BY:  <u>/s/ Vladimir M. Gorokhovsky</u>
                   Vladimir M. Gorokhovsky, LL.M.
                   SBN: 1036040

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582