UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Jessica Nayvelt, et al.
                        Plaintiff,

v.                                                 Case No.: 1:14–cv–06952
                                                 Honorable Ruben Castillo

Frontier Airlines, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 4, 2014:

      MINUTE entry before the Honorable Ruben Castillo:Plaintiff's motion to amend prior order of this court regarding scheduling of early settlement conference [9] is granted. The settlement conference is reset to 11/24/2014 at 2:00 p.m. The settlement conference set for 11/20/2014 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.