## IN THE UNITED STATES FEDERAL COURT
## OF THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JESSICA NAYVELT and | ) | |
| ERICA NAYVELT, | ) | |
| | ) | CASE NO.: 2014-cv-06952 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

Please take notice that on Wednesday, November 12, 2014 at 9:45 a.m., we shall appear before the Honorable Ruben Castillo in Courtroom 2541, of the United States District Court, Northern District of Illinois, Eastern Division or any judge sitting in his stead and shall then and there present Plaintiffs and Frontier Airlines, Inc.'s Agreed Motion for Extension of Time for Frontier Airlines, Inc. to file Responsive Pleadings.

Dated: November 7, 2014

Respectfully submitted,

/s/ Brian T. Maye_____
Brian T. Maye
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 422-5713
bmaye@amm-law.com

Attorneys for Defendant Frontier Airlines, Inc.

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 7, 2014, he served the foregoing document by electronically filing the same with the Clerk of the U.S. Federal Court for the Northern District of Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Brian T. Maye_____