**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Jessica Nayvelt, et al.

Plaintiff,

v.                                                     Case No.: 1:14−cv−06952
                                                       Honorable Ruben Castillo

Frontier Airlines, Inc.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 10, 2014:

       MINUTE entry before the Honorable Ruben Castillo:The parties' agreed motion to
extend time for defendant to file responsive pleading [13] is granted. The defendant is to
answer or otherwise plead to the complaint on or before 12/10/2014. The parties are
directed to file the joint status report on or before 12/12/2014. The settlement conference
is reset to 12/16/2014 at 2:00 p.m. Clients with settlement authority are directed to appear
or be available by telephone. The motion hearing set for 11/12/2014 and the settlement
conference set for 11/24/2014 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.