IN THE UNITED STATES FEDERAL COURT
OF NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JESSICA NAYVELT and <br> ERICA NAYVELT <br>         Plaintiffs, <br> <br> vs. <br> <br> FRONTIER AIRLINES <br> a foreign corporation <br>         Defendant, | } } } } } } } } } } } | Case No. <u>2014-CV-006952</u> |

## NOTICE OF SETTLEMENT

    NOW COMES the above-named Plaintiffs, JESSICA NAYVELT and ERICA NAYVELT, by their counsel of record, Attorney Vladimir M. Gorkhovsky of Gorokhovsky Law Office LLC, and hereby informs this Honorable Court that all claims asserted by the above-named Parties in the above-captioned matter were recently duly adjusted, compromised and settled to the mutual *bona fide* benefit of all the above-named Parties. The above-named Parties anticipate filing of joint stipulation of dismissal of the above-captioned matter with prejudice within next thirteen (14) days.

    Dated this <u>21</u>st day of <u>November</u> 2014.

                                                Respectfully submitted by
                                                GOROKHOVSKY LAW OFFICE, LLC
                                                Attorneys for Plaintiffs

                                                *Vladimir M. Gorokhovsky, Esq.*
                                          BY: <u>/s/ Vladimir M. Gorokhovsky, LL.M.</u>
                                                WIS SBN 1036040

<u>P.O. Business Address:</u>
Gorokhovsky Law Office LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582 gorlawoffice@yahoo.com